# UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In re:

       Chapter 13

       Bankruptcy No. 17-14148-MDC

MICHAEL P JONES

3019 KNORR STREET

PHILADELPHIA, PA 19149

      Debtor

## CERTIFICATE OF SERVICE

    **AND NOW**, comes William C. Miller, Esquire, Chapter 13 standing trustee, and certifies that he served the attached Motion to Dismiss on the following parties as indicated below:

  Debtor(s), at the address listed, by first class mail.

MICHAEL P JONES

3019 KNORR STREET

PHILADELPHIA, PA 19149

Counsel for debtor(s), by electronic notice only.

DAVID OFFEN ESQUIRE
601 WALNUT ST., SUITE 160 WEST

PHILADELPHIA, PA 19106-

               /S/ William C. Miller

Date: 4/12/2018              _____

               William C. Miller, Esquire
               Chapter 13 Standing Trustee