```
        IN THE UNITED STATES BANKRUPTCY COURT
       FOR THE EASTERN DISTRICT OF PENNSYLVANIA

   IN RE:                  :     CHAPTER 13
                           :
   Michael P. Jones        :     No. 17-14148-MDC
```

NOTICE OF HEARING TO CONSIDER OBJECTION
TO PROOF OF CLAIM NO. 1-1

The debtor has filed an objection to the proof of claim you filed in this bankruptcy case.

Your claim may be reduced, modified, or eliminated. You should read these papers carefully and discuss them with your attorney if you have one.

If you do not want the Court to eliminate or change your claim, you or your lawyer must attend the Hearing on the Objection scheduled to be held before the Honorable Magdeline D. Coleman, on July 10, 2018, at 10:30 A.M. in Courtroom #2, United States Bankruptcy Court, 900 Market Street, Philadelphia, Pennsylvania 19107. If you or your attorney do not attend the Hearing on the Objection, the Court may decide that you do not oppose the Objection to the Claim.

Dated: May 23, 2018

/s/ David M. Offen, Esq.
Suite 160 West, Curtis Center
601 Walnut Street
Philadelphia, PA 19106
215-625-9600