IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE:                          :  Chapter 13

Michael P. Jones                :  Case No. 17-14148-mdc

Debtor

CERTIFICATION OF SERVICE

I, David M. Offen, attorney for the above named debtor,
hereby certify that a true and correct copy of the Motion
Determine Valuation of Secured Debt and Notice of Hearing was
served via electronic mail on the Standing Trustee, William C.
Miller, Esq. on June 7, 2018, and by first class regular mail
upon the following:

Credit Acceptance                       *Filed Proof of Claim*
25505 West 12 Mile Rd
Suite 3000
Southfield, MI 48034

Alicia S. Ford, Esq.                    *Attorney for Creditor*
Credit Acceptance
25505 West 12 Mile Road
Suite 3000
Southfield, MI 48034

                              /s/  David M. Offen
                              Attorney for Debtor
                              Suite 160 West, Curtis Ctr.
                              601 Walnut Street
Dated: 6/7/2018               Philadelphia, PA  19106
                              215-625-9600