```
          IN THE UNITED STATES BANKRUPTCY COURT
         FOR THE EASTERN DISTRICT OF PENNSYLVANIA
```

IN RE:                              :      CHAPTER 13

    Michael P. Jones            :      No. 17-14148-MDC
        Debtor


CERTIFICATE OF SERVICE


The undersigned hereby certifies that a true and correct copy of the foregoing Answer to Motion to Dismiss was served on August 15 on the Chapter 13 Standing Trustee, William C. Miller, Esquire by electronic mail.


                                      /s/ David M. Offen
                                      David M. Offen Esq.
                                      Attorney for Debtor
                                      601 Walnut Street
                                      Suite 160 West
                                      Philadelphia, PA 19106
                                      215-625-9600