IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| Michael P. Jones<br>    Debtor(s) | CHAPTER 13 |
| Harley-Davidson Credit Corp<br>  Secured Creditor<br>vs. | NO. 17-14148 MDC |
| Michael P. Jones<br>    Debtor(s) | |
| William C. Miller Esq.<br>    Trustee | 11 U.S.C. Section 362 |

**STIPULATION RESOLVING DEBTOR'S OBJECTION TO PROOF OF CLAIM, #2-1**

AND NOW, it is hereby stipulated and agreed by and between the undersigned as follows:

1. Debtor filed an Objection to Harley-Davidson Credit Corp ("Secured Creditor")'s Proof of Claim, #2-1, on or about May 23, 2018.

2. The Parties have reviewed the claim in depth to come to a resolution of this matter.

3. Debtor's Objection is to be resolved as per the following terms:

    a. Within forty-five (45) days of filing this Stipulation, Secured Creditor is to file an Amended Proof of Claim in the total secured amount of $5,800.00 at 6% interest.

    b. Within seven (7) days of the filing of the aforementioned Amended Proof of Claim, Debtor is to file an Amended Chapter 13 Plan, allowing for Secured Creditor's claim to be paid in full through the plan, including the 6% interest.

4. The parties agree that a facsimile signature shall be considered an original signature.

5. Debtor's Objection to Secured Creditor's Proof of Claim is hereby resolved.

Date: July 23, 2018

By: /s/Rebecca A. Solarz, Esq.
Rebecca A. Solarz, Esq.
Attorney for Secured Creditor

9/7/18

No Objection:

_____
TRUSTEE

*without prejudice to any trustee rights or remedies

Date: 8/27/18                                          /s/ David M. Offen, Esq.
                                                       David M. Offen Esq.
                                                       Attorney for Debtor(s)


Approved by the Court this 13th day of September , 2018. However, the court retains discretion regarding entry of any further order.

*Magdeline D. Coleman*
Bankruptcy Judge
Magdeline D. Coleman


NBS Harley-Davidson Credit Corp