United States Bankruptcy Court
Eastern District of Pennsylvania

In re:  
Michael P. Jones  
    Debtor

Case No. 17-14148-mdc  
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0313-2     User: PaulP     Page 1 of 1     Date Rcvd: Sep 13, 2018  
                     Form ID: pdf900     Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 15, 2018.  
db           +Michael P. Jones,    3019 Knorr Street,    Philadelphia, PA 19149-2506

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                                                                        TOTAL: 0

         ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                        TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 15, 2018                                   Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 13, 2018 at the address(es) listed below:  
        DAVID M. OFFEN    on behalf of Debtor Michael P. Jones dmo160west@gmail.com,  
         davidoffenecf@gmail.com  
        REBECCA ANN SOLARZ    on behalf of Creditor    Harley-Davidson Credit Corp bkgroup@kmllawgroup.com  
        United States Trustee    USTPRegion03.PH.ECF@usdoj.gov  
        WILLIAM C. MILLER, Esq.    ecfemails@ph13trustee.com,    philaecf@gmail.com  
        WILLIAM EDWARD CRAIG    on behalf of Creditor    Credit Acceptance Corporation  
         ecfmail@mortoncraig.com,    mhazlett@mortoncraig.com;mortoncraigecf@gmail.com  
                                                                                                      TOTAL: 5

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| Michael P. Jones<br>Debtor(s) | CHAPTER 13 |
| Harley-Davidson Credit Corp<br>Secured Creditor<br>vs. | NO. 17-14148 MDC |
| Michael P. Jones<br>Debtor(s) | |
| William C. Miller Esq.<br>Trustee | 11 U.S.C. Section 362 |

### STIPULATION RESOLVING DEBTOR'S OBJECTION TO PROOF OF CLAIM, #2-1

AND NOW, it is hereby stipulated and agreed by and between the undersigned as follows:

1. Debtor filed an Objection to Harley-Davidson Credit Corp ("Secured Creditor")'s Proof of Claim, #2-1, on or about May 23, 2018.

2. The Parties have reviewed the claim in depth to come to a resolution of this matter.

3. Debtor's Objection is to be resolved as per the following terms:

    a. Within forty-five (45) days of filing this Stipulation, Secured Creditor is to file an Amended Proof of Claim in the total secured amount of $5,800.00 at 6% interest.

    b. Within seven (7) days of the filing of the aforementioned Amended Proof of Claim, Debtor is to file an Amended Chapter 13 Plan, allowing for Secured Creditor's claim to be paid in full through the plan, including the 6% interest.

4. The parties agree that a facsimile signature shall be considered an original signature.

5. Debtor's Objection to Secured Creditor's Proof of Claim is hereby resolved.

Date: July 23, 2018

By: /s/Rebecca A. Solarz, Esq.
Rebecca A. Solarz, Esq.
Attorney for Secured Creditor

9/7/18
No Objection:
_____
TRUSTEE

*without prejudice to any trustee rights or remedies

Date: 8/27/18                          /s/ David M. Offen, Esq.
                                        David M. Offen Esq.
                                        Attorney for Debtor(s)

Approved by the Court this 13th day of September , 2018. However, the court retains discretion regarding entry of any further order.

*Magdeline D. Coleman*
Bankruptcy Judge
Magdeline D. Coleman

NBS Harley-Davidson Credit Corp