### IN THE UNITED STATE BANKRUPTCY COURT
### FOR THE EASTERN DISTRICT OF PENNSYLVANIA


| | | | |
|---|---|---|---|
| In Re: | Michael P. Jones   Debtor | ) ) ) ) | Chapter 13    No. 17-14148-mdc |


### CERTIFICATION OF NO RESPONSE


I hereby certify that I have received no answer, objection, or other responsive pleading to the Application for Compensation and respectfully request that the Order attached to the Motion be approved.


/s/David M. Offen
David M. Offen
Attorney for Debtor

Date:4/12/19