Certificate Number: 12433-PAE-DE-035815702

Bankruptcy Case Number: 17-14148



12433-PAE-DE-035815702

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on July 6, 2021, at 8:18 o'clock PM EDT, Michael P. Jones completed a course on personal financial management given by internet by Solid Start Financial Education Services, LLC, a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the Eastern District of Pennsylvania.

Date:  July 7, 2021       By:  /s/Lisa Susoev

Name:  Lisa Susoev

Title:  Teacher