IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE:                                :    Chapter 13

Michael P. Jones                      :    Case No. 17-14148- MDC

    Debtor

**ORDER**

AND NOW, this __9th__ day of __July__ 2021, it is hereby Ordered that the Wage Order in effect in the above captioned matter be TERMINATED.

_____
MAGDELINE D. COLEMAN
CHIEF U.S. BANKRUPTCY JUDGE