*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

In re:                                                                                     : Chapter 13

Michael P. Jones                                                                : Case No. 17–14148–mdc
       Debtor(s)

***ORDER***
_____

AND NOW, this day , 9th of Septembeer, 2021 , it appearing that the trustee in the above entitled matter has filed his report and that the trustee has performed all other duties required in the administration of the debtor(s) estate, it is

ORDERED that the trustee be discharged and relieved of any trust; and this case be, and the same hereby is, closed.

                                  By The Court

                                  Magdeline D. Coleman
                                  Chief Judge , United States Bankruptcy Court

91
Form 195